**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Vasili Todica
Plaintiff,
v.
Pamela Bondi
Defendant.

Case No.: 1:26−cv−00926
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation of dismissal [13]. Pursuant to Rule 41(a)(1)(A)(ii) this action is dismissed with prejudice. All dates are stricken. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.